**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| DEMARCUS L. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:23-cv-02804-SHM-tmp |
| | ) |
| MEMPHIS POLICE DEPARTMENT, | ) |
| ET AL. | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 7), docketed August 27, 2024, dismissing the case with prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

## APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 27, 2024                    WENDRY R. OLIVER
DATE                               CLERK

                                   _/s/ Jairo Mendez_
                                   (By) DEPUTY CLERK